ACCEPTED
03-15-00522-CV
8260871
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 11:20:25 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00522-CV

**IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/16/2015 11:20:25 AM
JEFFREY D. KYLE
Clerk

MICHAEL SCHUETZ AND JAMIE K. SCHUETZ.

*Appellants,*

**V.**

SOURCE ONE MORTGAGE SERVICES CORPORATION; MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.; CITIMORTGAGE, INC.;
AND BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP; ROBERT
FERGUSON, AND BARBARA FERGUSON

*Appellees.*

On Appeal from Cause No. C2013-1445C
274th Judicial District Court, Comal County, Texas
Honorable Dib Waldrip, Judge Presiding

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 38.6(d), Appellee, Barrett

Daffin Frappier Turner & Engel, LLP ("Barrett Daffin") respectfully requests the

Court to extend time to file its brief by thirty (30) days to February 3, 2016. In support thereof, Appellee Barrett Daffin shows as follows:

## A. Introduction

1. The Clerk's Record on Appeal was filed herein on September 4, 2015. Appellants Michael Schuetz and Jamie Schuetz filed their brief on December 2, 2015.

2. Appellees CitiMortgage, Inc., individually and as successor by merger to Source One Mortgage Services Corporation, and Mortgage Electronic Registration Systems, Inc. obtained an extension of time to file their brief, making their brief deadline on February 3, 2016.

3. Appellee Barrett Daffin's brief is due on January 4, 2016

4. Appellee Barrett Daffin requests an extension of time to file Appellee's brief for thirty (30) days until February 3, 2016.

## B. Facts and Basis for Relief

5. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file Appellee's Brief and no rule provides a deadline to file this motion to extend. *See* TEX. R. APP. P. 38.6(d).

6. No previous extensions have been granted to extend the time to file Appellee's Brief.

7. Counsel for Appellee Barrett Daffin, Mark D. Hopkins has multiple appellate court deadlines during late December and early January. These include the following:

    a. December 28, 2015: Case No. 15-20201; *Deutsche Bank National Trust Company, As Trustee v. Joanna and John Burke*; In the United States Court of Appeals for the Fifth Circuit – Reply Brief due.

    b. January 11, 2015: Case No. 15-50881; *Jillian Johnson v. World Alliance Financial Corp., et al.*; In the United States Court of Appeals for the Fifth Circuit – Appellees' Brief due.

8. Further, Counsel will be out of the office for a short period of time over the holidays. Therefore, Counsel requests a short extension in order to adequately devote the time necessary to all matters.

9. Counsel for Appellant and all counsel for Co-Appellees have indicated that they are unopposed to this motion

## C. Conclusion

10. Appellee Barrett Daffin, therefore, requests that its deadline to file brief be extended until April 29, 2014, to give Appellee Barrett Daffin additional time to adequately prepare its response.

3

## D. **Prayer**

WHEREFORE, Appellee Barrett Daffin respectfully requests the Court to grant

an extension of time of thirty (30) days to February 3, 2016.


Respectfully submitted,

By:  _/s/  Mark D. Hopkins_____
Mark D. Hopkins
State Bar No. 00793975
Shelley L. Hopkins
State Bar No. 24036497
Hopkins Law, PLLC
12117 Bee Caves Road, Suite 260
Austin, Texas 78738
(512) 600-4320 – Telephone
(512) 600-4326 – Facsimile
mark@hopkinslawtexas.com
shelley@hopkinslawtexas.com

ATTORNEYS FOR APPELLEE


## **CERTIFICATE OF CONFERENCE**

On December 15, 2015, I certify that I was to confer with counsel for

Appellant and counsel for Appellees, all of whom indicated they were unopposed

to this request for an extension.


_/s/ Mark D. Hopkins_____
Mark D. Hopkins

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2015, the foregoing Motion to Extend Time to File Appellee's Brief has been forwarded to the following via electronic filing:

Stephen Casey
info@caseylawoffice.us
**CASEY LAW OFFICE, P.C.**
595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681
*Counsel for Appellants*

David Pfeuffer
dpfeuffer@nblawyers.net
**BRAZLE & PFEUFFER, L.L.P.**
170 E. San Antonio Street
New Braunfels, TX 78130
*Counsel for Appellees (Fergusons)*

B. David L. Foster
dfoster@lockelord.com
Susan A. Kidwell
skidwell@lockelord.com
Daniel Durell
Daniel.durell@lockelord.com
**LOCKE LORD LLP**
600 Congress Avenue, Ste 2200
Austin, TX 78701
*Counsel for Appellees (CitiMortgage & MERS)*

<span style="float:right">*/s/ Mark D. Hopkins*</span>

<span style="float:right">Mark D. Hopkins</span>